**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| PACKET TREAD LLC, § | | |
|    *Plaintiff,* § | | |
| § | | |
| v. § | Case No. 5:17-cv-4-JRG-CMC | |
| § | | |
| RAD DATA COMMUNICATIONS, INC. § | | |
|    *Defendant.* § | | |

| | | |
|---|---|---|
| PACKET TREAD LLC, § | | |
|    *Plaintiff,* § | | |
| § | | |
| v. § | Case No. 5:17-cv-16-JRG-CMC | |
| § | | |
| VANGUARD NETWORKS SOLUTIONS § | | |
| LLC § | | |
|    *Defendant.* § | | |

## MEMORANDUM ORDER ADOPTING
## REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

The above-entitled and numbered civil actions were referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Reports of the Magistrate Judge which contain her proposed findings of fact and recommendations for the disposition of such actions has been presented for consideration. On September 7, 2017, the Magistrate Judge recommended the above cases be dismissed for want of prosecution pursuant to FED. R. CIV. P. 41(b).

No objections were filed to the Reports. Rather, on September 21, 2017, Plaintiff Packet Tread LLC filed responses to the Report and Recommendation of the United States Magistrate Judge, stating it does not object to the recommendations the Court dismiss the cases without prejudice.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Reports of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Plaintiff's above-entitled and numbered causes of action are **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b).

All relief not previously granted is hereby **DENIED**.

The Clerk of the Court is directed to **CLOSE** the cases.

**IT IS SO ORDERED.**

**So Ordered this**
**Sep 25, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE